UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10-cv-0917SEB-DML |
| | ) | |
| CAPITOL CONSTRUCITON SERVICES, INC., | ) | |
| FARAH, LLC, ARCHITURA CORPORATION, | ) | |
| and BARRINGTON JEWELS, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE AND BUSINESS ENTITY
## DISCLOSURE STATEMENT

Defendant, Capitol Construction Services, Inc., by its undersigned

counsel, pursuant to Local Rule 7.2, makes the following corporate and business

entity disclosure statement.

1.      Parent Corporation.   Capitol Construction Services, Inc. is a

privately held corporation with no parent corporation.

2.      Ownership Interest.  No other publicly held company or investment

fund holds a 10% or more interest in Capitol Construction Services, Inc.

Respectfully submitted,

COHEN GARELICK & GLAZIER

s/ M. Edward Krause, III
M. Edward Krause III, #24986-49
Michael P. Bishop, #3776-49
Cohen Garelick & Glazier

8888 Keystone Crossing Blvd. Suite 800
Indianapolis, Indiana  46240
Telephone:   (317) 573-8888
Facsimile:     (317) 574-3855
mbishop@cgglawfirm.com
ekrause@cgglawfirm.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Corporate and Business Entity Disclosure was filed electronically this 17th day of August, 2010.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Scott B. Cockrum
HINSHAW & CULBERTSON, LLP
322 Indianapolis blvd., Suite 201
Schererville, IN  46375
scockrum@hinshawlaw.com

s/ M. Edward Krause, III
M. Edward Krause, III

M. Edward Krause III, #24986-49
Michael P. Bishop, #3776-49
Cohen Garelick & Glazier
8888 Keystone Crossing Boulevard, Suite 800
Indianapolis, Indiana  46240
Telephone:   (317) 573-8888
Facsimile:     (317) 574-3855
mbishop@cgglawfirm.com
ekrause@cgglawfirm.com